# United States Bankruptcy Court
## for the Eastern District of Virginia
__Alexandria__ Division

**IN RE:** TK Mechanical, Inc.                              Case No. 12-12158-BFK

H. Jason Gold, Trustee v KG Sheet Metal Serv    Adv. Pro. No. 13-01141-BFK

Debtor(s)                                                             Chapter 7

### TRANSMITTAL OF REPORT AND RECOMMENDATION
### TO THE U. S. DISTRICT COURT

Date of Report and Recommendation: August 28, 2013

Date of Order on Report and Recommendation (if applicable): _____

**PLEADINGS TRANSMITTED TO U. S. DISTRICT COURT:**

- ✓ Report and Recommendation
- ___ Order on Report and Recommendation (if applicable)
- ___ Copy of Bankruptcy Docket Sheet
- ✓ Copy of Adversary Proceeding Docket Sheet (if applicable)
- ✓ Other Pertinent Record: Copy of Motion for Default Judgment and List of Parties

*WILLIAM C. REDDEN, CLERK OF COURT*
BY: /s/ Cristina Behen
Deputy Clerk

Date transmitted: September 16, 2013    Telephone No: 703-258-1231

-------------------------------------------------------------------------------

U. S. DISTRICT COURT CASE NUMBER: _____
DATE: _____    BY: _____

**PLEASE RETURN COPY UPON COMPLETION**

cc: Attorney for Debtor/Plaintiff/Defendant

U.S. Bankruptcy Court
Eastern District of Virginia (Alexandria)
Adversary Proceeding #: 13-01141-BFK

**List of Parties**

*Plaintiff*
----------------------
**H. Jason Gold**                    represented by    **John T. Farnum**
Wiley Rein, LLP                                        Wiley Rein LLP
7925 Jones Branch Dr., Ste. 6200                       7925 Jones Branch Dr., Ste. 6200
McLean, VA 22102                                       McLean, VA 22102
                                                       Tel.:  (703) 905-2800
                                                       Fax : (703) 905-2820
                                                       Email: jfarnum@wileyrein.com

V.

*Defendant*
----------------------
**KG Sheet Metal Services, Inc.**    represented by    **KG Sheet Metal Services, Inc.**
Rhonda J. Grenier, Resident Agent
9720 Marshall Corner Rd.
White Plains, MD 20695