# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

In re:                              )
                                    )
    TK MECHANICAL, INC.,          )
                                    )
        Debtor,                   )
                                    )
    H. JASON GOLD, TRUSTEE        )
                                    )
        Plaintiff,                )
                                    )
v.                                  )  Civil Action No. 1:13-cv-1156
                                    )
KG SHEET METAL SERVICES,             )
INC.,                               )
                                    )
        Defendant.                )

FILED FEB 14 2014 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated August 26, 2013, in response to Plaintiff H. Jason Gold's ("Plaintiff's") Motion for Default Judgment against Defendant KG Sheet Metal Services, Inc. ("Defendant") pursuant to Rule 7055(b) of the Federal Rules of Bankruptcy Procedure. Defendant has not filed an objection, and the time for filing such an objection has lapsed. Based on a _de novo_ review of the evidence in this case, this Court affirms the findings and recommendation of the Magistrate Judge. It is hereby

ORDERED that Plaintiff's Motion for Default Judgment is GRANTED, and a money judgment in the amount of $105,208.95 is

1

ENTERED for the Plaintiff against the Defendant. Interest on the principal amount of the Judgment will accrue post-Judgment at the federal judgment rate provided in 28 U.S.C. §1961.

                                                  /s/
                                          Claude M. Hilton
                                    United States District Judge

Alexandria, Virginia
February _14_, 2014